**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| UNILOC 2017 LLC, UNILOC USA, INC. and UNILOC LUXEMBOURG S.A., <br>     Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG ELECTRONICS CO. LTD., <br>     Defendants. | § <br> § Case No. 2:18-cv-00042-JRG-RSP <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

**JOINT MOTION AND STIPULATION OF DISMISSAL
PURSUANT TO RULE 41(a)(1)(A)(ii)**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Uniloc 2017 LLC, Uniloc USA, Inc. and Uniloc Luxembourg S.A. ("Uniloc") and Defendants Samsung Electronics America, Inc. and Samsung Electronics Co. Ltd. ("Samsung") jointly move and stipulate to a dismissal and final judgment in this action on the following terms:

1)      Plaintiffs (collectively, "Uniloc") dismisses with prejudice all claims of infringement against defendants (collectively, "Samsung"), except as to claim 18.

2)      As the Court has found claim 18 invalid, Uniloc agrees to entry of a final judgment with prejudice, to facilitate an appeal.

3)      Samsung agrees to a dismissal without prejudice of its counterclaims.

3189584.v1

2

Date: May 30, 2019                                              Respectfully submitted,

| */s/ Kevin Gannon* | */s/ Allan A. Kassenoff* |
|---|---|
| Paul J. Hayes | Melissa R. Smith |
| Massachusetts State Bar No. 227000 | Bar No. 24001351 |
| Kevin Gannon | GILLAM & SMITH LLP |
| Massachusetts State Bar No. 640931 | 303 South Washington Avenue |
| PRINCE LOBEL TYE LLP | Marshall, Texas 75670 |
| One International Place, Suite 3700 | Telephone: (903) 934-8450 |
| Boston, MA 02110 | Facsimile: (903) 934-9257 |
| Tel: (617) 456-8000 | Email: melissa@gillamsmithlaw.com |
| Fax: (617) 456-8100 | |
| Email: phayes@princelobel.com | Richard Edlin |
| Email: kgannon@princelobel.com | Allan A. Kassenoff |
| | GREENBERG TRAURIG, LLP |
| Edward R. Nelson III | MetLife Building, 200 Park Avenue |
| ed@nbafirm.com | New York, NY 10002 |
| Texas State Bar No. 00797142 | Telephone: (212) 801-9200 |
| NELSON BUMGARDNER ALBRITTON P.C. | Facsimile: (212) 801-6400 |
| 3131 West 7th Street, Suite 300 | Email: edlinr@gtlaw.com |
| Fort Worth, TX 76107 | Email: kassenoffa@gtlaw.com |
| Tel: (817) 377-9111 | |
| | Attorneys for Defendants Samsung Electronics America, Inc. and Samsung Electronics Co. Ltd. |
| Shawn Latchford | |
| shawn@nbafirm.com | |
| Texas State Bar No. 24066603 | ATTORNEYS FOR THE DEFENDANTS |
| NELSON BUMGARDNER ALBRITTON P.C. | |
| 111 West Tyler Street | |
| Longview, Texas 75601 | |
| Tel: (903) 757-8449 | |
| Fax: (903) 758-7397 | |
| | |
| ATTORNEYS FOR THE PLAINTIFFS | |

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on May 30, 2019.

*/s/ Kevin Gannon*